UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2018
```

IN RE APPLICATION OF REPUBLIC OF KAZAKHSTAN FOR AN ORDER DIRECTING DISCOVERY FROM RENAISSANCE CAPITAL PURSUANT TO 28 U.S.C. § 1782

Misc. Action No. 18-MC-543

## ORDER

Upon consideration of the *ex parte* petition for assistance in aid of foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioner Republic of Kazakhstan ("Petitioner"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (1994), weigh in favor of granting the Petition; and it is further

**ORDERED** that the Petition is **GRANTED**, and it is further

**ORDERED** that Petitioner is granted leave to serve this Order and the subpoena attached to the Petition as Exhibit A upon Renaissance Capital, and is authorized to issue additional subpoenas for the production of documents and/or depositions of Renaissance Capital as Petitioner reasonably deems appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Renaissance Capital comply with such subpoena(s) in accordance with and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

Dated: _____November 30_____, 2018.

_____
UNITED STATES DISTRICT JUDGE